TICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1304. NATIONAL CONFERENCE OF BAR EXAMINERS *v.* ENYART. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 10–1337. AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1371. SPECTRUM STORES, INC., ET AL. *v.* CITGO PETROLEUM CORP.; and

No. 10–1393. FAST BREAK FOODS LLC ET AL. *v.* SAUDI ARABIAN OIL CO., DBA SAUDI ARAMCO, ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions. Reported below: 632 F. 3d 938.

No. 10–1410. CANAL BARGE CO., INC., ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1411. DOE, A MINOR, BY AND THROUGH HIS GUARDIAN AND NEXT FRIEND, DOE *v.* TODD COUNTY SCHOOL DISTRICT ET AL. C. A. 8th Cir. Motion of South Dakota Advocacy Services et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 10–1413. SRIVASTAVA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–1444. SHUM *v.* INTEL CORP. ET AL. C. A. Fed. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–1456. BARR ET AL. *v.* GALVIN, SECRETARY OF COMMONWEALTH OF MASSACHUSETTS. C. A. 1st Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.